U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL - 5 2016

James N. Hatten, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00509)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Fulton                    DISTRICT COURT NO.    1:16-CR-232

MAGISTRATE CASE NO.

Indictment                 X Information                  Magistrate's Complaint
DATE:                      DATE: July 5, 2016              DATE:

UNITED STATES OF AMERICA                  SUPERSEDING INFORMATION
vs.                                       Prior Case Number:
JAMES J. ACREE                            Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney:  J. Russell Phillips
Defense Attorney: