# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00232-AT
## USA v. Acree
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 08/15/2016.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:15 A.M.	COURT REPORTER: Jana Colter
TIME IN COURT: 00:45	DEPUTY CLERK: Sue Coalson
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]James J. Acree Present at proceedings |
| ATTORNEY(S) PRESENT: | Jerome Froelich representing James J. Acree<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Plea agreement |
| MINUTE TEXT: | Defendant was sworn and entered a guilty plea pursuant to a plea agreement to one-count Information. The Court accepted the plea as knowingly and voluntarily entered. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 11/15/2016 at 2:00 PM in Courtroom 2308; |