IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> JAMES J ACREE : <br> : <br> Defendant : <br> : | Case Numbers: <br> 1:16-CR-00232-AT |

**DEFENDANT JAMES ACREE'S
SENTENCING MEMORANDUM**

Comes now Defendant James A. Acree, by and through his attorney, Jerome J. Froelich Jr., and files the following Sentencing Memorandum.

**Background of the Case**

1.

On August 15, 2016, over seven years ago, Defendant James Acree ("Mr. Acree") entered a guilty plea to a One Count Information charging him with a conspiracy with James Maloney and James Farley to defraud Georgia Tech in violation of 18 U.S.C. §1341, wire fraud.

2.

Maloney and Farley were using Georgia Tech PCard, charge cards, to pay for personal expenses and for expenses of their corporations, JS Services, Inc. Mr. Acree was not part of that scheme and was not aware of that activity.

-1-

3.

Maloney, who in effect was Mr. Acree's boss, approached Mr. Acree about using his card for personal items and Mr. Acree agreed. He also agreed to be involve in a scheme in which the conspirators would do work which should have been done by Georgia Tech. They collected the fees for this work. Maloney also did projects for which he collected fees without Mr. Acree's knowledge. (PSI P.16 Parag. 36)

4.

Later, when the federal government started to investigate the scheme, Maloney tried to convince Mr. Acree to go along with a false story to tell the government. Mr. Acree refused.

5.

Mr. Acree decided to do the right thing and agreed to cooperate with the government and enter a plea of guilty to an information. Mr. Acree met with the government several times during 2016 to provide the government with information concerning Maloney and Farley's schemes.

6.

Recently when the government was preparing for Maloney's trial, Mr. Acree met with the government on several occasions to prepare for his testimony at Maloney's trial.

**Mr. Acree's Background**

7.

Mr. Acree is fifty-eight (58) years old. His parents are deceased. He has three

brothers and six sisters. He comes from a lower middle class family. His father was an electrician.

8.

Mr. Acree was a good student in high school and graduated from Roosevelt Service and Technical High School in 1983 near the top of his class. He attended Georgia Tech earning an Electrical Engineering degree in 1998. Later he obtained a Master of Service Engineering degree in 1995 from the University of Alabama, at its Huntsville campus.

9.

Mr. Acree married Mehrak Martazani in 1992 and they have two children. A son Pascal, age 25, who attends the Medical College of Georgia, and a daughter Anais, who attends Georgia Tech. Mr. Acree's wife does not work. Mr. Acree supports the family and pays the college and medical school tuitions for his children and provides them with spending money.

10.

Mr. Acree worked at Georgia Tech as a research engineer. Since 2012 to the present he has been employed by MVG, Inc. (Microwave Vision Group) as the Business Development Manager. The attached letter of John Estrada, CEO of MVG, Inc., states that Mr. Acree is an essential employee in the company and if Mr. Acree was no longer able to work for the company "it would be a striking blow to our company including a loss in revenue and ultimately employees. (Exhibit 1)

## The Guidelines

11.

The guideline as set forth in the PSI is a Level 20, with a Guideline Range of 33 to 41 months.  Mr. Acree's Plea Agreement provides the government will recommend an additional one level reduction since Mr. Acree entered his plea agreement early, which would bring the guideline range to a Level 19, which is 30 to 37 months.  The government has agreed to the bottom of the guidelines, plus counsel believes the government will file a 5K1.1 motion to further reduce Mr. Acree's sentence.

## Mr. Acree's Acceptance of Responsibility

It is clear from his plea of guilty and his willingness to cooperate with and testify for the government that Mr. Acree has accepted responsibility for his actions. Attached as Exhibits here are letters to the Court from Ms. Mehrak Acree (Exhibit 2); Pascal Acree, Mr. Acree's son (Exhibit 3); Mary Acree Adabi, Mr. Acree's sister (Exhibit 4); and Anais Acree, Mr. Acree's daughter (Exhibit 5).  Also there is a statement from Mr. Acree (Exhibit 6).  These leave no doubt that Mr. Acree has accepted responsibility and will not violate the law again.

## Counsel's Request

Mr. Acree has been out on bond since July 5, 2016.  So he has been subject to the control of the Court for a total of 91 months.  Mr. Acree has obeyed all the conditions of his bond and cooperated with the probation office.   He has maintained employment.  He is a valuable employee who, if incarcerated, his employer will

suffer. He is the sole source of income for his wife and two children. The Pre-Sentence Investigation Report shows he does not have the assets to pay a fine.

Importantly, Mr. Acree cooperated with the government. He was prepared to testify against Mr. Maloney, and that was clearly a factor in Mr. Maloney's decision to plead guilty just before trial. In view of all of the above, counsel requests that Mr. Acree be sentenced to probation.

## Conclusion

In view of the above, and in the interest of justice, counsel would request that the Court sentence Mr. Acree to two years probation.

Respectfully submitted,

 S/ Jerome J. Froelich Jr.
Jerome J. Froelich, Jr.
State Bar No. 278150

McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served correct copy of the within and foregoing with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to the opposing counsel:

Russell Phillips, Esq.
Stephen McClain, Esq.
United States Attorney's Office - ATL
Assistant United States Attorney
600 US Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303

This 22nd day of October, 2023.

          S/Jerome J. Froelich Jr.
         JEROME J. FROELICH, JR.
         Georgia State Bar No. 278150

McKenney & Froelich
One Midtown Plaza
1360 Peachtree Street
Suite 910
Atlanta, Georgia 30309-2920
(404) 881-1111