

26 September 2023

The Honorable Richard W. Story
Richard B. Russell Federal Building
United States Court House
75 Ted Turner Drive
Atlanta, GA 30303-3309

Dear Honorable Judge Story,

I am writing this letter on behalf of Mr. James Acree ("Jim") whom I am aware is scheduled to sit before you for sentencing on Monday, October 30, 2023. I first met Jim over 35 years ago, when he was a co-op student at the Georgia Tech Research Institute (GTRI), and I had just started my career there.

After Jim was let go from GTRI, I hired him to work at MVG, Inc in May 2014, to the position of Business Development Manager for our antenna systems and complex engineering test solutions. In this role, through his exemplary engineering insight and customer interface skills, he has helped grow our business while also training other engineers and has become an integral part of the success of our company.

Through my conversations with Jim, I know he is fully aware of the mistakes he made at GTRI and has accepted responsibility for his actions. At MVG, Inc, he has earned the trust of his fellow employees as well as our customer base, which he has helped grow.

During the global pandemic Jim was viewed as an essential employee who eagerly reported to the office every day to play a part in keeping the nation's mobile cellular infrastructure and the Aerospace and Defense industries equipped with materials and services needed to remain operational and maintain national security, all the while helping keep MVG Inc's business afloat.

Jim remains a vital part of MVG's success. If he were to go to prison it would be a striking blow to our company, including a loss in revenue and ultimately employees losing their jobs.

Sincerely,

John Estrada
CEO MVG, Inc
678-849-5657

MVG, Inc. 450 Franklin Gateway SE Suite 100 Marietta, GA 30067 USA  Tel: +1 678-797-9172  Fax: +1 678-797-9173

Exhibit 1