October 20, 2023

The Honorable Richard W. Story
Richard B. Russell Federal Building
United States Court House
75 Ted Turner Drive
Atlanta, GA 30303-3309

Dear Honorable Judge Story,

As Jim Acree's wife for 29 years, I have witnessed firsthand the toll that his bad decisions at Georgia Tech have taken on him. As he now faces his sentencing hearing, I would like to make you aware that he completely understands, accepts, and regrets his actions. Not a day has gone by over these past ten years since he was put on administrative leave at Georgia Tech that we have not thought of this and felt the stress. When he was let go from Georgia Tech, the stress was so high that I developed a pulmonary embolism and almost died.

Despite his bad actions and the challenging times, I have stuck by Jim because I know that this was not normal behavior for him. It was an exception and a mistake that he will never repeat. I know this because I discuss this with him on a regular basis and he is full of guilt, sorrow, and shame for the bad choices he made that reflect poorly not on him, but the whole family.

Jim is an unconditional loving husband whom our family depends on as our sole source for financial support, as well as his loving guidance. As the father of our two children, he has raised them to live their lives with the utmost integrity, and to understand that only by hard work will they succeed, without taking shortcuts.

He is also active in our community. At Riverwood Charter High School, every year he volunteers for the SAIL program to help students who have slipped through the cracks and for whatever reason have not applied to college by January of their graduation year. Jim treats them with the utmost respect, earns their trust, and guides them through all aspects of the college application process, from selecting universities, completing the applications, writing the essays and applying for financial aid, all to help them reach their goal of establishing a career and a future.

Thank you in advance for taking the time to read this letter. Also, thanks for any consideration you can grant for somebody I know to be a kind, loving person who made a bad mistake that he regrets from the bottom of his heart, has already suffered from greatly, and will never repeat again.

Sincerely,

Mehrak Acree

Exhibit 2