October 20, 2023

The Honorable Richard W. Story
Richard B. Russell Federal Building
United States Court House
75 Ted Turner Drive
Atlanta, GA 30303-3309

Dear Honorable Judge Story,

I am Mr. James Acree's oldest son, and I will never forget the day when I was in tenth grade riding alone in a car with him when he was answered the call telling him not to report to work at Georgia Tech the next day. That day was a turning point for our family in many ways. From that moment on, I saw him suffer from his humiliation, but he has never once blamed anybody but himself. In fact, he uses that mistake as an instructive lesson to teach my sister and I how to live our lives with honesty and integrity. The most important message he relates to us is very simple, that we should do what is right just because it is the right thing to do.

Since this all began, I have graduated from Riverwood High School as valedictorian, Johns Hopkins University with a degree in biomedical engineering, and am now on track to graduate from Medical College of Georgia with an M.D. in May 2024. I credit all this to the love and moral guidance he has provided and the lesson that anything is possible with hard, honest work.

The mistakes he made while working at Georgia Tech have had a profound impact on him and our whole family and are completely out of character with anything else I have seen of him. He knows what he did was wrong but has taken complete responsibility and instilled only the finest moral fabric in my sister's and my upbringing.

As part of my medical school training, I will be on an ambulatory medicine rotation on October 30 not able to attend his sentencing hearing. In my absence, please accept this letter of support for a man whom I know understands the gravity of his mistakes which are uncharacteristic of him and the likes of which I know he will never make again.

Sincerely,

Pascal Acree

Exhibit 3