Statement of Defendant James Acree

    I am truly sorry for having violated the law. It was stupid and I knew it was wrong when I agreed when James Maloney approached me and told me what he and James Fraley were doing, and I could get some items paid for with money that Georgia Tech should have received. My actions embarrassed me and ruined the good reputation I had worked hard for all my life to develop, and embarrassed my family. I am a graduate of Georgia Tech which only brings more regret. I lost my job at Georgia Tech which was my dream career position.

    To make up for my unlawful behavior, I pled guilty and have fully cooperated with the goverrnmet. I met with the government on at least four occasions, each at the date and time they requested, and was prepared to testify at James Maloney's trial. Importantly, the last seven (7) years since I enterd the plea has put a tremendous emotional burden on me and my family and the concern that I am the sole support of my wife and two (2) children could affect their lives.

                                                         James Acree

Exhibit 6