# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00232-RWS
## USA v. Acree
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 10/30/2023.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 2:35 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Keisha Crump
USPO: Dana Johnson
DEPUTY CLERK: Stacey Kemp

| | |
|---|---|
| DEFENDANT(S): | [1]James J. Acree Present at proceedings |
| ATTORNEY(S) PRESENT: | Jerome Froelich representing James J. Acree<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[26]Motion for Downward Departure GRANTED |
| MINUTE TEXT: | Defendant came before the Court for Sentencing. Sentence: 3 years Probation with the first 12 months to be served on home confinement; $100 Special Assessment; Restitution $604,692.56 Joint & Several with James Maloney, 1:16-cr-237-01-RWS. Right of Appeal explained. No objections to the sentence imposed. |
| HEARING STATUS: | Hearing Concluded |