ND/GA PROB 12B
(Rev. 1/21)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 20 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF GEORGIA

Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | James Acree | Docket No: | 1:16CR00232-RWS |
| Judicial Officer: | Honorable Richard W. Story<br>Senior U.S. District Judge | | |
| Date of Original Sentence: | 10/30/2023 | | |

Original Offense: 18 U.S.C. §1349, Conspiracy to Commit Mail and Wire Fraud

Original Sentence: Three years probation. The following special conditions were ordered: Location monitoring program with 12 months home detention, $604,692.56 restitution to be paid at the rate of $1,000.00 per month, and financial audit and restrictions.

Type of Supervision: Probation        Date Supervision Commenced: 10/30/2023

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 30, 2023, Mr. Acree's 3-year term of probation commenced. Mr. Acree was given the following special conditions: location monitoring program with 12 months home detention, $604,692.56 restitution to be paid at the rate of $1,000.00 per month, and financial audit and restrictions.

Since October 30, 2023, Mr., Acree has continued to abide by his special condition of home detention. This United States Probation Officer has made a combination of unannounced home visits and virtual contacts to ensure Mr. Acree was abiding by his home detention special condition. As of May 16, 2024, Mr. Acree has served 6 months and 16 days on home detention without any violations.

Mr. Acree continues to excel in communication with this officer. Mr. Acree has submitted to his three mandatory drug screens with all three submissions testing negative for illegal substances. Mr. Acree continues to pay his monthly restitution in the amount of $1,000.00 monthly as ordered.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None.

PETITIONING THE COURT TO:

At this time, this United States Probation Officer is writing Your Honor in hopes of suspending the remaining time of home detention that Mr. Acree is due to serve. This officer believes that Mr. Acree has shown that he has taken all of the conditions of his probation seriously over the past 6 months and 10 days. This officer believes Mr. Acree will continue to abide by his conditions of supervision and is requesting that the remaining time on home detention be terminated.

Suspend the remaining time of the below condition:

You must participate in the home confinement program (without electronic monitoring equipment) for the first 365 days of the 3-year probation term and abide by all requirements of the program.

Respectfully submitted,

_____   5/16/24        F. White           5/19/2024
Andrew Elliott              Date           Felicia White                    Date
United States Probation Officer            Supervisory U.S. Probation Officer

THE COURT ORDERS:

☐ The modifications of conditions as noted above

☑ No Action — *The home confinement portion of the sentence was in lieu of a significant period of incarceration that was called for under his guidelines. Because the home confinement was a significant departure in defendant's favor, the Court believes it should be served in its entirety.*

☐ Other

_____
Honorable Richard W. Story
Senior U.S. District Judge

_5/20/24_____
Date

Acree, James Page 2 of 2

PROB 49
(3/89)

# United States District Court

Northern District of Georgia

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Suspend the remaining time of the below condition:

You must participate in the home confinement program (without electronic monitoring equipment) for the first 365 days of the 3-year probation term and abide by all requirements of the program.

Witness: *A. Elliott*
USPO Elliott

Signed: *James J Acree*
Mr. James Acree

05/14/2024