IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA : | |
| Plaintiff : | |
| : | Case Number: |
| v. : | 1:16-CR-00232-01-RWS |
| : | |
| JAMES J ACREE : | |
| Defendant : | |

**DEFENDANT JAMES ACREE'S MOTION TO DISCHARGE
HIM FROM PROBATION**

Comes now Defendant James A. Acree, by and through his counsel, Jerome J. Froelich Jr., and moves this Court to discharge him from probation for the following reasons:

1.

In 2016 the government was investigating Mr. Acree and his supervisors at Georgia Tech, where he worked, for fraud on Georgia Tech. From the beginning Mr. Acree agreed to cooperate with the government and testify against his co-defendants.

On July 5, 2016, Mr. Acree waived indictment and agreed to plead guilty and was placed on bond. On August 15, 2016 Mr. Acree entered a plea of guilty and his sentencing was set for November 15, 2016. However, due to his co-defendants requesting a trial and then COVID the case was set off. It was not until November 1, 2023 that Mr. Acree was sentenced to 3 years probation with the first 365 days to

be served on home confinement. At the time of Mr. Acree's sentencing the Court told Counsel that the Court would consider terminating Mr. Acree's probation after a year. Mr. Acree has no prior record and has obeyed the conditions of his probation.

2.

Mr. Acree works for MVG, Inc., as the Business Development Manager. The company manufactures an maintains antennas for radar and communication systems particularly for the United States military. The company is located in Marietta, Georgia but has offices and business throughout the world. Mr. Acree's job requires him to travel. The present conditions require Mr. Acree to give 12 days notice to leave the State of Georgia and 45 days notice if he wants to leave the continental United States. This makes Mr. Acree's job very difficult.

## Conclusion

Mr. Acree, between being on bond and then probation has been under the supervision of the Probation Department for over 8 years. Therefore, Counsel would request that Mr. Acree's probation be terminated.

Respectfully submitted,

S/ *Jerome J. Froelich Jr.*
Jerome J. Froelich, Jr.
State Bar No. 278150

770 Kings Way
Atlanta, Georgia  30327
(404) 983-8229

-2-

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served correct copy of the within and foregoing with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to the opposing counsel :

Russell Phillips, Esq.
Stephen McClain, Esq.
United States Attorney's Office - ATL
Assistant United States Attorney
600 US Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303


This 3rd day of November , 2024.


                                              S/ *Jerome J. Froelich Jr.*
                                              JEROME J. FROELICH, JR.
                                              Georgia State Bar No.  278150

770 Kings Way
Atlanta, Georgia  30327
(404) 983-8229
jerryfroelich@comcast.net